UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAQUETTA WILEY | * | CIVIL ACTION |
| | * | |
| v. | * | NUMBER: |
| | * | |
| VIATRIS, INC., | * | JUDGE: |
| ZURICH AMERICAN INSURANCE COMPANY | * | |
| AND CASSIDY HAMMER | * | MAG: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **REMOVAL**

NOW INTO COURT, comes the defendant, ZURICH AMERICAN INSURANCE COMPANY (Zurich), who respectfully notices the removal of the above-entitled cause from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana, on the following grounds, to wit.

I.

The present action was originally instituted in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on, July 1, 2022 under civil action number C-720783, Section 21. (Exhibit 1 - Petition for Damages).

II.

This personal injury lawsuit arises out of a motor vehicle accident on October 5, 2021.

III.

The plaintiff named the following parties as defendants:

A. ZURICH AMERICAN INSURANCE COMPANY,

B. VIATRIS, INC: and

C. CASSIDY HAMMER.

IV.

The defendants were served as follows:

A. ZURICH was served through the Louisiana Secretary of State on July 7, 2022,

B. The plaintiff requested service on VIATRIS, INC via long arm and there is no proof of service in the record to date, and

C. The plaintiff requested service on CASSIDY HAMMER via long arm and she has never been served.

V.

The Plaintiff is a citizen of the State of Louisiana as evidenced by the first paragraph of the Petition for Damages (See Exhibit 1).

VI.

The domiciles for the named defendants are as follows:

A. ZURICH is incorporated in the State of Illinois with its principal place of business in the State of Illinois,

B. VIATRIS, INC is incorporated in the State of Delaware with its principal place of business in Pennsylvania, and

C. CASSIDY HAMMER is a person of the full age of majority who is domiciled in Texas.

VII.

Zurich asserts that there is complete diversity as all named defendants are from different states than the plaintiff.

VIII.

The value of the case could reasonably exceed $75,000 at the time, as the plaintiff had a lumbar MRI that allegedly showed a bulging disc at L4-5. On April 5, 2022, the plaintiff had a diagnostic medical branch block (MBB). On April 26, 2022, she had a radiofrequency ablation (RFA)/Rhizotomy at four levels on the right. The plaintiff wanted to get the same procedure on the left. To date, the past medical expenses total $38,219. (Zurich can provide medical records and bills to support these allegations if requested by the Court.)

IX.

This request for removal is timely as it was filed within thirty days of the lawsuit being served on Zurich.

X.

This case is removable pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), in that the parties are completely diverse and the amount in controversy in the premises, more probably than not, could exceed the sum of $75,000.00, exclusive of interest and court costs.

XI.

All of the defendants have authorized the removal of this matter.

XII.

Attached to this Notice, in accordance with § 446, is the Notice served by the defendants on opposing counsel and the state court to advise them of this removal. (Exhibit 2)

XIII.

A certified copy of the Petition for Damages and all other pleadings filed in the State Court proceeding is attached. (Exhibit 3)

**WHEREFORE**, defendant, ZURICH AMERICAN INSURANCE COMPANY, notices the removal of the action described above.

Respectfully submitted,

COMEAUX & GRACE

/s/ Patrick C. Grace_____
**PATRICK C. GRACE**
Bar Number:   16944
Suite 1060, One Lakeway Center
3900 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 219-2012
Facsimile:  (504) 837-9508
Email: Patrick.Grace@zurichna.com
Attorney for Boro, AIM and Zurich

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of August, 2022 served a copy of the foregoing pleading on counsel for all parties to this proceeding fax, email, or by U.S. Mail, postage prepaid.

/s/ Patrick C. Grace_____
PATRICK C. GRACE