

# Notice of Service of Process

null / ALL
Transmittal Number: 25204062
Date Processed: 07/12/2022

| | |
|---|---|
| **Primary Contact:** | Arnold D'Angelo<br>Zurich North America<br>1299 Zurich Way<br>Schaumburg, IL 60196-1056 |
| **Electronic copy provided to:** | Hank Russell |
| **Entity:** | Zurich American Insurance Company<br>Entity ID Number 2746725 |
| **Entity Served:** | Zurich American Insurance Company |
| **Title of Action:** | Jaquetta Wiley vs. Viatris, Inc |
| **Matter Name/ID:** | Jaquetta Wiley vs. Viatris, Inc (12552031) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | East Baton Rouge Parish District Court, LA |
| **Case/Reference No:** | C-720783 21 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 07/11/2022 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | LA Secretary of State on 07/07/2022 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Dwayne Burrell<br>504-475-7578 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT 1

# State of Louisiana
## Secretary of State

07/08/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

ZURICH AMERICAN INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 720783
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

JAQUETTA WILEY
vs
VIATRIS, INC, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: M. LOCKWOOD

Date: 07/07/2022
Title: DEPUTY SHERIFF

No: 1241534

TG

**SERVICE COPY**



D9349739

# CITATION

| | |
|---|---|
| **JAQUETTA WILEY**<br>(Plaintiff) | **NUMBER C-720783 "21"** |
| **VS** | **19TH JUDICIAL DISTRICT COURT** |
| **VIATRIS, INC**<br>(Defendant) | **PARISH OF EAST BATON ROUGE**<br>**STATE OF LOUISIANA** |

SERVED ON
R. KYLE ARDOIN

JUL 07 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

TO:   ZURICH AMERICAN INSURANCE COMPANY
      AGENT: LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JULY 1, 2022.**



*Myrihle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: BURRELL, DWAYNE**
*The following documents are attached:

**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
JUL 06 2022
EBR SHERIFF'S OFFICE

CITATION-2000

EAST BATON ROUGE PARISH
Filed Jul 01, 2022 10:55 AM
Deputy Clerk of Court
E-File Received Jul 01, 2022 10:18 AM
C-720783
21

## 19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO:  DIVISION:

### JAQUETTA WILEY

### VERSUS

### VIATRIS, INC, ZURICH AMERICAN INSURANCE COMPANY & CASSIDY HAMMER

FILED:_____   DEPUTY CLERK:_____

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **JAQUETTA WILEY**, who file the below Original Petition and respectfully plead as follows:

**1.**

### PLAINTIFFS

Plaintiff is citizen of the State of Louisiana and are domiciled in Ouachita Parish, Louisiana.

**2.**

Made Defendants herein are:

A.) **ZURICH AMERICAN INSURANCE COMPANY**, (hereinafter referred to as "**ZURICH**") upon information and belief is a foreign insurance company authorized to do and doing business in the State of Louisiana which at all times relevant hereto had in effect a policy of liability insurance coverage covering the defendants, **VIATRIS INC** (hereinafter referred to as "**VIATRIS**") & **CASSIDY HAMMER** ( (hereinafter referred to as "**CASSIDY**") from the type of liability alleged herein and is made a party defendant under the provisions of La. R.S. 22:1269(B)(1)(the exact provisions of said policy are unknown to Plaintiff and best known to Defendants and are specifically pled herein as if copied in extenso).

B.) **VIATRIS, INC**, upon information and belief, is a foreign corporation, authorized to do and doing business in the State of Louisiana, who at all times relevant hereto was the employer of **CASSIDY** and at all relevant times, **CASSIDY was** in the course and scope of his employment with **VIATRIS** thus rendering **VIATRIS** responsible for the actions of **CASSIDY** under the theory of respondeat superior.

Certified True and Correct Copy
CertID: 2022070100830

*Myrikle Rosette*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/1/2022 1:27 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

C.) **CASSIDY HAMMER,** upon information and belief, is a person of full age of majority and domiciled in the state of Texas, who at all relevant times was driving a vehicle owned by Hertz Vehicles LLC on behalf of her employer **VIATRIS** in the course and scope of said employment.

3.

Each of the above Defendants are indebted unto Petitioners, jointly and/or in solido in an amount that is reasonable in the premise, with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings for the following reasons

4.

On or about October 5, 2021, an accident occurred in Monroe, Louisiana, Ouachita Parish. At all relevant times, petitioner, **JAQUETTA WILEY,** was driving in a 2007 Buick Lucerne CXL on North 18th Street preparing to merge onto Texas Avenue. At the same time, **CASSIDY** was driving a 2021 Nissan Altima (LA-N479430) on North 18th Street behind petitioner also preparing to merge onto Texas Avenue. Suddenly and without warning, **CASSIDY**, while operating the 2021 Nissan Altima in the course and scope of her employment with **VIATRIS** crashed into the rear of petitioner's 2007 Buick Lucerne.

4.

The collision was caused by the negligence of either Defendant, **VIATRIS or CASSIDY** in the following particulars:

Failing to keep his/her vehicle under control;

Failure to see what a reasonable driver should have seen;

Failure to keep a good and careful lookout

Failure to maintain reasonable and proper control while operating the vehicle

Failing to see what he/she should have seen;

Failure to maintain a safe distance:

Following too closely;

Failing to avoid a collision;

Failing to yield the right-of-way;

Improper lane use;

Negligent entrustment;

Driving at a speed greater than was reasonable and prudent under the circumstances;


Certified True and Correct Copy
CertID: 2022070100830

Myrihh Rosette
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/1/2022 1:27 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Careless operation of a motor vehicle; and

Any and all other acts of negligence that may appear at the trial of this matter.

**5.**

As a result of this collision Petitioner, **JAQUETTA WILEY** sustained injuries and has incurred medical expenses in the past and may incur medical expenses in the future.

**6.**

Petitioner itemize her damages as follows:

Past and Future pain and suffering
Past and future mental anguish
Past and future medical expenses
Past and future loss of enjoyment of life

**7.**

At all relevant times, **ZURICH**, had in place a policy of commercial liability insurance on the vehicle operated by **CASSIDY** on the date of this accident, which provided coverage for the type of loss sued upon, thus rendering **ZURICH**, liable to petitioner with the other named defendants.

**8.**

On information and belief, **CASSIDY** was in the course and scope of his employment with **VIATRIS** thus rendering **VIATRIS** responsible for the actions of **CASSIDY** under the theory of respondeat superior

WHEREFORE, Petitioner prays that the defendants be duly cited and served with a copy of this petition, be made to appear and answer same, that after due proceedings had, there be judgment herein in favor of Petitioner and against Defendants, jointly and in solido, in an amount sufficient to compensate Petitioner for her injuries, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.

Respectfully Submitted:

**DWAYNE BURRELL (35688)**
**ALLEN BURRELL (37621)**
Attorney at Law
201 Saint Charles Avenue Ste. 2500
New Orleans, LA, 70170
(504) 475-7578 Telephone
(888) 612-8901 FAX
**Attorney for Petitioner**
dwayneaburrell@gmail.com

Certified True and
Correct Copy
CertID: 2022070100830

Myrihli Rosette
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/1/2022 1:27 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE**

**VIATRIS INC**
Via Long Arm Service
Through its agent for service
Brian Roman
1000 Mylan Boulevard
Canonsburg, Pennsylvania 15317

**ZURICH AMERICAN INSURANCE COMPANY**
Agent: Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**CASSIDY HAMMER**
Through Louisiana Long Arm Services
At his last known address
3200 McKinney Avenue Apt 331
Dallas, TX 75204



Certified True and
Correct Copy
CertID: 2022070100830

Myrihl Rosette

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
7/1/2022 1:27 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125





CERTIFIED MAIL

7021 2720 0000 2104 9975

FIRST CLASS



US POSTAGE ™ PITNEY BOWES

ZIP 70802
02 4W    $ 004.48⁰
0000382768 JUL. 08. 2022



SS104 (R 06/18)    70802$5921 C001